# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| ELSPETH- W: WILLIAMS-FORDJOUR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV417-226 |
| | ) | |
| CONSECO FINANCE SERVICE CORP., *et al.*, | ) ) ) | |
| Defendant. | ) | |

# **ORDER**

Defendants' motion to stay discovery (doc. 5) pending resolution of their motion to dismiss the Complaint (doc. 4), which is unopposed, is **GRANTED**. *See* S.D. Ga. L. R. 7.5 (no response means no opposition).

**SO ORDERED,** this <u>7th</u> day of December, 2017.

_/s/ G. R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA