IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ELSPETH- W WILLIAMS FORDJOUR, )
)
    Plaintiff, )
)
v. ) CASE NO. CV417-226
)
CONSESCO FINANCE SECURITIZATIONS )
CORP.; US Bank, NA as Trustee for )
Securitized Trust Manufacturing )
Housing Contracts Pass-Through )
Certificates Series 2001-Trust; )
CONSESCO FINANCE SERIVCE CORP.; )
MORTGAGE ELECTRONICS REGISTRATION )
SYSTEM; and DOES 1-100; )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 13), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Defendant's Motion to Dismiss (Doc. 4) is **GRANTED** and Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 17th day of May 2018.

                      WILLIAM T. MOORE, JR.
                      UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF GEORGIA