# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA SAVANNAH DIVISION

ELSPETH-W WILLIAMS-FORDJOUR, )
)
    Plaintiff, )
)
v. ) CASE NO. CV417-226
)
CONSESCO FINANCE SECURITIZATIONS )
CORP.; CONSESCO SERIVCE CORP.; US )
Bank, NA as Trustee for )
Securitized Trust Manufacturing )
Housing Contracts Pass-Through )
Certificates Series 2001-Trust; )
CONSESCO FINANCE SERIVCE CORP.; )
MORTGAGE ELECTRONICS REGISTRATION )
SYSTEM; and DOES 1-100; )
)
    Defendants. )

## O R D E R

On May 17, 2018, this Court issued an order (Doc. 14) adopting the Magistrate Judge's Report and Recommendation (Doc. 13). In that order, the Court adopted the Magistrate Judge's recommendation that Plaintiff's request to remand this case should be denied and granted Defendants' Motion to Dismiss. (Doc. 14.) After further review, the Magistrate Judge did not recommend that Defendants' Motion to Dismiss should be granted. As a result, this Court's prior order (Doc. 14) is **VACATED**. After careful review, however, the Report and Recommendation is **ADOPTED** as this Court's opinion in this case. As a result, Plaintiff's request to remand this case is **DENIED** and Defendants' Motion to Dismiss (Doc. 4)

remains pending before the Magistrate Judge. The Clerk is **DIRECTED** to reopen this case.

SO ORDERED this 22ND day of May 2018.

                                     WILLIAM T. MOORE, JR.
                                     UNITED STATES DISTRICT COURT
                                     SOUTHERN DISTRICT OF GEORGIA