**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

ELSPETH-W WILLIAMS-FORDJOUR, )
                                         )
      Plaintiff, )
                                         )
v.                                        )
                                       )    CASE NO. CV417-226
CONSESCO FINANCE )
SECURITIZATIONS CORP.; )
CONSESCO SERIVCE CORP.; US )
Bank, NA as Trustee for )
Securitized Trust )
Manufacturing Housing )
Contracts Pass-Through )
Certificates Series 2001- )
Trust; CONSESCO FINANCE )
SERIVCE CORP.; MORTGAGE )
ELECTRONICS REGISTRATION )
SYSTEM; and DOES 1-100; )
                                         )
      Defendants. )
_____ )

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 AUG 10 AM 11: 32
CLERK
SO. DIST. OF GA.

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 17), to which no objections have been filed. After careful consideration, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly Defendants' Motion to Dismiss (Doc. 4) is **GRANTED**. As a result, Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE**. The parties shall bear their own costs and any Notice of Lis Pendens filed in the

Georgia real property records related to this case are null and void. The Clerk is **DIRECTED** to close this case.

SO ORDERED this ___10th___ day of August 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA